UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

PATRICK R. HOLICKY,

                                                 CIVIL NO.: 10-CV-3257 MJD/JJK

        Plaintiff,

v.

                                                 **NOTICE OF VOLUNTARY**

CREDITORS FINANCIAL GROUP, LLC,    **DISMISSAL WITH PREJUDICE**

        Defendant.
_____

**NOTICE IS HEREBY GIVEN THAT** the Plaintiff in the above-entitled action voluntarily dismisses this matter with prejudice and on the merits, without costs, disbursements, or attorney's fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

                                        MARTINEAU, GONKO & VAVRECK, PLLC

Dated: November 17, 2010          s/ Mark L. Vavreck                     .
                                      Mark L. Vavreck, Esq.
                                      Attorney I.D.#0318619
                                      Designers Guild Building
                                      401 North Third Street, Suite 600
                                      Minneapolis, MN 55401
                                      mvavreck@mgvlawfirm.com
                                      Telephone: (612) 659-9500
                                      Facsimile:  (612) 659-9220

                                      ATTORNEY FOR PLAINTIFF