UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Patrick R. Holicky,

           Plaintiff,                                         ORDER

v.

                                               Civil No.: 10-3257 (MJD/JJK)

Creditors Financial Group, LLC.

           Defendant.

___

Plaintiff in this case filed a Voluntary Dismissal [Doc. #2] with the Court on November 17, 2010. Defendants have not yet answered the initial complaint.

IT IS HEREBY ORDERED THAT:

1. Plaintiff's voluntary dismissal is **GRANTED** on the merits, without costs, disbursements, or attorney's fees and with prejudice.

LET JUDGMENT BE ENTERED.

Dated: November 30, 2010                        s/Michael J. Davis
                                                             MICHAEL J. DAVIS
                                                              Chief Judge
                                                               United States District Court